## 35352. SPIVEY et al. v. THURMAN.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED SEPTEMBER 7, 1979 — DECIDED NOVEMBER 21, 1979.

*T. V. Williams, Jr.,* for appellants.
*Williams & Starling, Donald A. Starling, H. J. Quincey,* for appellee.